1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  Kristina Doan Gruenberg (SBN 268188)
   E-mail:  kgruenberg@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-2953
   Tel:  213.236.0600       Fax:  213.236.2700
5
   Attorneys for Defendants
6  CITY OF LOS ANGELES, P. RAZANSKAS AND
   M. WINN
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 REGGIE D. COLE,                          Case No. CV-11-3241-CBM (AJWx)
                                            (Lead)
12               Plaintiff,
                                            Consolidated Case Nos. CV 12-01332-
13 v.                                       CBM (AJWx); and CV 13-07224-CBM
                                            (AJWx)
14 CITY OF LOS ANGELES;
   MARCELLA WINN;  PETE                     **JOINT PROPOSAL BY
15 RAZANSKAS; and DOES 1-45,                DEFENDANTS REGARDING
   Inclusive,                               SCOPE OF WAIVER OF
16                                          ATTORNEY-CLIENT
                 Defendants.                COMMUNICATIONS BETWEEN
17                                          ANTHONY AND THOMASON**

18                                          [*Declaration and Proposed Order filed
                                            concurrently herewith*]
19
                                            Judge:      Hon. Andrew J. Wistrich
20 ───────────────────────────
   AND CONSOLIDATED ACTIONS.
21

22

23        TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

24 ATTORNEYS OF RECORD:

25        Defendants CITY OF LOS ANGELES, MARCELLA WINN, PETE

26 RAZANSKAS, COUNTY OF LOS ANGELES, and LOS ANGELES COUNTY

27 DISTRICT ATTORNEY'S OFFICE (collectively hereinafter "Defendants"),

28 through their respective attorneys of record, hereby propose as follows:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-8566-5568 v1              - 1 -        CV-11-3241-CBM-AJW
                                                JOINT PROPOSAL RE SCOPE OF WAIVER

**Relevant Procedural History**

1.      On November 17, 2014, the Court held a hearing on Defendants' Motion to Compel Discovery of Attorney-Client Communications between plaintiff Anthony and his attorney Patrick Thomason.  The court indicated that it intended to grant Defendants' Motion, with some possible restrictions about the scope, and encouraged the parties to draft a stipulation about the parameters of what attorney-client communications could be sought.

**Agreement Between Defense Counsel**

Defendants agree to the following terms[1]:

2.      The deposition of Patrick Thomason is scheduled for December 3, 2014.  Defendants may question Patrick Thomason about communications between Mr. Anthony and Mr. Thomason and information known by Mr. Thomason, about facts regarding Plaintiff's claims for suppression of exculpatory evidence (*Brady* claims).  These facts include, but are not limited to, information regarding: John Jones; that a witness received a deal in exchange for testimony and/or cooperation with the prosecution; Carol Canty Jones; John Jones' daughters; Arthur Jones; Victor Trejo; Ronald Brock; Al Wilson; other staff at Martin Luther King Jr. Hospital on the day of the Gonzales murder; and that there may have been an alternate shooter of Felipe Gonzales.

3.      Plaintiff will produce to Defendants' counsel by personal delivery on a disk no later than close of business on November 26, 2014, the non-privileged materials subpoenaed by Defendant County of Los Angeles from the Alternate Public Defender's Office, as well as any materials about the facts described above that Plaintiff asserts are privileged.

4.      Plaintiff will then be required to do one of the following options:  (a) Plaintiff will produce under protective order the entire criminal defense file

---

[1] The parties met and conferred and attempted to agree on a joint proposal.  However, paragraph 4 herein was the main point of dissension.  Thus, a separate proposal is being filed by the City and County defendants.

1  pertaining to the criminal case *People v. Obie Steven Anthony and Reggie Deshawn*
2  *Cole*, Los Angeles Superior Court Case No. BA097736, without restricting
3  Plaintiff's ability to file a motion *in limine* to exclude documents which they assert
4  are privileged and the privileges have not been waived; or (b) Plaintiff will submit
5  to the Court for *in camera* inspection the entire criminal defense files pertaining to
6  the criminal case *People v. Obie Steven Anthony and Reggie Deshawn Cole*, Los
7  Angeles Superior Court Case No. BA097736, with a notation indicating the
8  materials that Plaintiff asserts are privileged that were produced to Defendants.  If
9  the Court deems that any additional materials should have been produced, the Court
10  may order additional production, including providing Defendants with an
11  opportunity to further depose Mr. Thomason as necessary; or (c) Plaintiff will
12  produce a privilege log indicating which materials from the criminal case files were
13  withheld.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4835-8566-5568 v1                - 3 -

CV-11-3241-CBM-AJW
JOINT PROPOSAL RE SCOPE OF WAIVER

1      5.     The parties respectfully request that the Court enter an Order

2   consistent with this Stipulation.

3   Dated:  November 22, 2014              Burke, Williams & Sorensen, LLP

4

5                                         By:   /s/ Susan E. Coleman[2]

6                                               Susan E. Coleman

7                                         Attorneys for Defendants
                                          CITY OF LOS ANGELES, P.
                                          RAZANSKAS AND M. WINN
8

9   Dated:  November 22, 2014              Lawrence Beach Allen & Choi, PC

10

11                                        By:   /s/ George Morris

12                                              Paul Beach
                                                George Morris
13
                                          Attorneys for Defendants
14                                        COUNTY OF LOS ANGELES AND
                                          LOS ANGELES COUNTY DISTRICT
15                                        ATTORNEY'S OFFICE

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[2] As the filer of this Stipulation, I, Susan E. Coleman, attest that George Morris concurs in the content of the
Stipulation and has authorized its filing.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4835-8566-5568 v1          - 4 -          CV-11-3241-CBM-AJW
                                              JOINT PROPOSAL RE SCOPE OF WAIVER