UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 11-3241-CBM(AJWx)                                   Date: November 17, 2014

Title:           REGGIE COLE VS. CITY OF LOS ANGELES, ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS 11-17-14 | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Caitlin S. Weisberg | Susan E. Coleman |
| David McLane | Michael D. Allen |

**Proceedings:**    1) DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF ANTHONY [#80]; 2) DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF COLE [#71]; 3) DEFENDANTS' MOTION TO COMPEL DISCOVERY [#75]

Case called.  Counsel make their appearances.  Court questions counsel and listens to their responses.  Defendants' motions to compel independent medical examinations of plaintiffs Anthony and Cole are granted.

Defendants' motion to compel is argued.  The Court directs plaintiff's counsel to provide defendants with a written proposal about how the scope of the waiver should be limited with the assumption that the Court will grant the motion in part. If the parties are unable to come to a resolution, then by the end of the week, the parties shall provide the Court with their competing versions.  Court directs counsel to discuss and come up with a joint proposal during a recess in these proceedings.

LATER AND ON THE RECORD: The parties have come to several agreements during the recess and their agreements are placed on the record. The motion is submitted for decision.

cc:  Parties

                                                                                                                :    44

                                                                         Initials of Preparer    yb