# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE COLE,<br><br>                Plaintiff,<br>vs.<br>CITY OF LOS ANGELES, et al.,<br><br>                Defendants.<br><br>OBIE S. ANTHONY, III,<br><br>                Plaintiffs,<br>vs.<br>CITY OF LOS ANGELES, et al.,<br><br>                Defendants.<br><br>OBIE S. ANTHONY, III,<br><br>                Plaintiff,<br>vs.<br>COUNTY OF LOS ANGELES, et al.<br><br>                Defendants. | Case No. CV 11-03241-CBM (AJWx)<br>(*Cole Action*)<br><br>Case No. CV 12-01332-CBM (AJWx)<br>(*Anthony City Action*)<br><br>Case No. CV 13-07224-CBM (AJWx)<br>(*Anthony County Action*)<br><br>Honorable Consuelo B. Marshall<br><br>**ORDER RE DISMISSAL OF CASE NO. *CV 13-07224 only* WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT [205]**<br><br>[Fed.R.Civ.P. Rule 41(a)] |

1

1      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Case No. CV 13-07224 be dismissed in its entirety, with prejudice. This includes any remaining claims and/or allegations as well as any claims and/or allegations that have previously been dismissed without prejudice. The Court retains jurisdiction for the sole purpose of enforcing, if necessary, the Settlement Agreement between the parties. All parties are to bear their own fees and costs.

      IT IS SO ORDERED.

DATED: November 5, 2015

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge
Central District of California

2