Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Kristina Doan Gruenberg (SBN 268188)
E-mail: kgruenberg@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
P. RAZANSKAS AND M. WINN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE D. COLE,<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive,<br><br>         Defendants. | Case No. CV-11-3241-CBM (AJWx)<br><br>**DECLARATION OF SUSAN E. COLEMAN IN SUPPORT OF DEFENDANTS' REPLIES TO PLAINTIFF'S OPPOSITIONS TO MOTIONS IN LIMINE #1, 3, 5, 6, 7, AND 12**<br><br>Date:    January 3, 2017<br>Time:   2:30 p.m.<br>Ctrm.:   2<br><br>Judge Consuelo B. Marshall |

I, SUSAN E. COLEMAN declare as follows:

1.    I am an attorney at law licensed to practice before this Court. I am a partner in the law firm of Burke, Williams & Sorensen, LLP, attorneys of record for Defendants P. RAZANSKAS and M. WINN in this action.

2.    I have personal knowledge of the matters set forth herein, except as to those matters stated on information and belief, and would competently testify thereto if called and sworn as a witness.

3.    Attached as Exhibit A is a true and accurate copy of the Declaration signed by Lieutenant Cross in support of privileges concerning LAPD Internal Affairs Investigations.

4. Attached as Exhibit B is a true and accurate copy of the *Rolling Stone* article "How a Wrongfully Convicted Inmate Killed His Way Out of Prison," from April 14, 2016.

5. Attached as Exhibit C is a true and accurate copy of the *Los Angeles Times* article, "I Went in Innocent and I Came out a Killer," from May 20, 2016.

6. Attached as Exhibit D is the LA Weekly article "Friends Wrongfully Imprisoned for Nearly Two Decades — Until the Innocence Project Won Their Freedom," from October 18, 2012.

7. Attached as Exhibit E is a true and accurate copy of the *Los Angeles Times* article "Los Angeles pays $8 million to settle wrongful-imprisonment lawsuit," from April 13, 2015.

8. I have not been able to comment on any of these articles, although I was contacted regarding several of them, based on a City policy not to speak to media regarding pending litigation.

9. A cursory search reveals that Cole and this case have been covered by the *Los Angeles Times, Rolling Stone Magazine, LA Weekly, KABC-TV, NBC Southern California, The Daily Breeze*, and other publications. The Entertainment Magazine *Variety* indicates that actors Susan Sarandon and Adrian Grenier are crowdsourcing funds to make a documentary about Reggie Cole and Bruce Lisker, who also sued the LAPD for a separate wrongful conviction case.

10. Attached as Exhibit F is a true and accurate copy of excerpts from Miles Corwin's deposition taken on July 21, 2016.

11. Attached as Exhibit G is a true and accurate copy of excerpts from Reggie Cole's deposition taken on August 12, 2014.

12. Attached as Exhibit H is a true and accurate copy of the declaration of John Jones in support of Defendants' Motion for Summary Judgment.

13. Attached as Exhibit I is a true and accurate copy of excerpts from the deposition of Patrick Thomason, taken on December 3, 2014.

1  14. On December 14, 2016, Judge Beverly Reid O'Connell recently
2  granted a Motion in Limine to exclude the findings regarding factual innocence in a
3  similar wrongful conviction case, *John Smith v. City of Los Angeles, et al.,* case no.
4  2:14-cv-07435-BRO-FFM.
5  I declare under penalty of perjury under the laws of the United States that the
6  foregoing is true and correct.
7  Executed on December 20, 2016, at Los Angeles, California.

/s/ Susan E. Coleman
Susan E. Coleman