UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE D. COLE,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive,<br><br>            Defendants. | Case No. CV-11-3241-CBM (AJWx)<br><br>**STIPULATED JUDGMENT  [NO – JS6]**<br><br>Honorable Consuelo B. Marshall |

WHEREAS, the Parties have stipulated to a judgment in this matter.

IT IS HEREBY ORDERED that the Parties' Stipulation to Enter Judgment is GRANTED.  Judgment is hereby entered in favor of Plaintiff REGGIE COLE, and against THE CITY OF LOS ANGELES, *only,* in the sum of $5,200,000 ($5.2 million dollars) (including attorneys' fees and costs).

IT IS SO ORDERED.

Dated: JANUARY 23, 2017

Hon. Consuelo B. Marshall
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-6915-8976 v2

- 1 -

CV-11-3241-CBM-AJW
STIP JUDGMENT