UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE D. COLE,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; PETE RAZANSKAS; and DOES 1-45, Inclusive,<br><br>           Defendants. | Case No. CV-11-3241-CBM (AJWx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [JS-6]**<br><br>Judge:    Hon. Consuelo B. Marshall |

GOOD CAUSE APPEARING, based on stipulation of the parties;

IT IS HEREBY ORDERED that Defendants CITY OF LOS ANGELES, P. RAZANSKAS AND M. WINN are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

IT IS SO ORDERED.

Dated: March 1, 2017

_____
Honorable Consuelo B. Marshall
United States District Judge

///

///

///

1  Respectfully submitted,

2  Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
3  Kristina Doan Gruenberg (SBN 268188)
E-mail: kgruenberg@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
5  Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700
6
Attorneys for Defendants
7  CITY OF LOS ANGELES, P. RAZANSKAS AND M. WINN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-6498-6947 v1                - 2 -                CV-11-3241-CBM-AJW
STIPULATION RE DISMISAL